*Jacqueline M. James, Esq.*

| | |
|---|---|
| THE JAMES LAW FIRM | T: (914) 358 6423 |
| 445 HAMILTON AVENUE | F: (914) 358 6424 |
| SUITE 1102 | JJAMESLAW@OPTONLINE.NET |
| WHITE PLAINS, NY 10601 | JACQUELINEJAMESLAW.COM |

August 31, 2016

The Honorable Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    *Re: 1:16-cv-02472-LGS– Status Letter*

Dear Judge Schofield:

    The James Law Firm, PLLC represents Plaintiff in the above captioned matter. This case has been filed as a John Doe against the internet subscriber assigned the referenced IP address 69.203.111.246. The Defendant's name and address is not presently known to Plaintiff.

    On May 31, 2016, this Honorable Court granted Plaintiff leave to Serve a Third Party Subpoena on the Defendant's Internet Service Provider, Time Warner Cable [CM/ECF 14]. Plaintiff served the subpoena on the ISP on or about June 10, 2016. The ISP has up to and including October 8, 2016 to comply with the Court's Order and provide Plaintiff with Doe's identifying information. To date, Plaintiff has not received a response to its subpoena.

    Upon receipt of the ISP's response, Plaintiff will investigate the information provided, and seek leave to file its amended complaint under seal as per this Courts' protective order [CM/ECF 14], and send the appropriate documents out for service upon Defendant. Plaintiff sincerely apologizes to the Court for missing the deadline for this status letter on August 30, 2016.

                                               Respectfully Submitted,

                                               By: *Jacqueline M. James*
                                               Jacqueline M. James, Esq. (1845)
                                               The James Law Firm, PLLC
                                               445 Hamilton Avenue, Suite 1102
                                               White Plains, New York 10601
                                               T: 914-358-6423
                                               F: 914-358-6424
                                               E-mail: jjameslaw@optonline.net
                                               *Attorneys for Plaintiff*